1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2

3  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Chief, Criminal Division
4

5  LINA PENG (NYBN 5150032)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7        San Francisco, California 94102-3495
        Telephone: (415) 436-7224
8        FAX: (415) 436-7234
        Lina.Peng@usdoj.gov
9

   Attorneys for United States of America

**FILED**

Jun 09 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  APPLICATION FOR COMPLAINT AND          )   NO.:  3:23-mj-70840 MAG
    ARREST WARRANT TO BE SEALED            )
14                                         )   MOTION FOR SEALING ORDER
                                           )
15                                         )   **UNDER SEAL**
                                           )
16                                         )
                                           )
17  _____)

18         The United States, by and through its counsel, Assistant United States Attorney Lina Peng,

19  moves this Court for an order sealing the government's application for a sealing order, the sealing order,

20  the complaint, the affidavit, the arrest warrant, and all attachments in the above-referenced case.

21  Disclosure of the specified documents might jeopardize the defendant's arrest.

22         Accordingly, the United States requests that the Court seal these documents, except that the

23  Clerk of Court shall provide copies of the sealed documents to employees of the United States

24  Attorney's Office.  The United States further requests that the United States Attorney's Office be

25  permitted to share these documents as necessary to comply with its discovery obligations, and with

26  Federal Bureau of Investigation.

27

28

MOTION FOR SEALING ORDER              1

1

2 DATED:  June 9, 2023                    Respectfully submitted,

3                                         ISMAIL J. RAMSEY
                                          United States Attorney
4

5                                         _/s/ Lina Peng_____
                                          Lina Peng
6                                         Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28