1  Edward W. Swanson, SBN 159859
   ed@smllp.law
2  Audrey Barron, SBN 286688
   audrey@smllp.law
3  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
4  San Francisco, California 94104
   Telephone: (415) 477-3800
5  Facsimile: (415) 477-9010

6

7  Attorney for Defendant ADRIAN WEBB

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,           )   NO. CR 3:23-MJ-70840 MAG
12                                      )
           Plaintiff,                   )   STIPULATION TO CONTINUE PRELIMINARY
13                                      )   HEARING DATE AND EXCLUDE TIME AND
       v.                               )   [PROPOSED] ORDER
14                                      )
                                        )
15 ADRIAN WEBB,                         )
                                        )
16         Defendant.                   )
                                        )
17                                      )
                                      )
18

19         The United States, by and through its counsel, Assistant United States Attorney Lauren Harding

20 and defendant Adrian Webb, by and through his counsel Audrey Barron, hereby stipulate that the

21 preliminary hearing in this matter currently set for May 6, 2024, should be continued to May 27, 2024,

22 at 10:30 a.m.

23         The parties are engaged in ongoing discussions regarding the case, and require additional time to

24 complete those discussions, including regarding whether indictment is necessary.

25         For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure

26 for preliminary hearing, and the date under the Speedy Trial Act by which defendants must be charged

27 by indictment or information, the parties agree that the time period of May 6, 2024, through May 27,

28

1  2024, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv).  The

2  delay results from a continuance granted by the Court on the basis of the Court's finding that: (i) the

3  ends of justice served by the continuance outweigh the best interest of the public and defendant in the

4  filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure

5  to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for

6  effective preparation, taking into account the exercise of due diligence.

7  　　　Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act

8  dictate that additional time periods be excluded from the period within which an information or

9  indictment must be filed.

10  　　　IT IS SO STIPULATED.

11

12  DATED: April 29, 2024　　　　　　　　　　　_____/s/_____

13  　　　　　　　　　　　　　　　　　　　LAUREN HARDING
      Assistant United States Attorney

14

15  DATED: April 29, 2024　　　　　　　　　　　_____/s/_____

16  　　　　　　　　　　　　　　　　　　　AUDREY BARRON
      Counsel for Adrian Webb

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 3: 23-MJ-70840-MAG　　　　　　　　　　　　　　　　　　v.
7/10/2018

1

## [~~PROPOSED~~] ORDER

2      The Court hereby finds that the Stipulation, which this Court incorporates by reference into this

3 Order, demonstrates facts that support a continuance in this matter, and provides good cause for a

4 finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the

5 timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

6      The Court further finds that: (i) the ends of justice served by the continuance outweigh the best

7 interest of the public and defendant in the filing of an information or indictment within the time period

8 set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny

9 defense counsel the reasonable time necessary for effective preparation, taking into account the exercise

10 of due diligence.

11      THEREFORE, FOR GOOD CAUSE SHOWN:

12      The hearing for preliminary hearing or an arraignment on an information in this matter is

13 continued to 10:30 a.m. on May 27, 2024.  The time period from May 6, 2024, to May 27, 2024,

14 inclusive, is excluded in computing the time within which an information or indictment must be filed

15 under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and

16 (B)(iv).  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act

17 dictate that additional time periods are excluded from the period within which an information or

18 indictment must be filed.

19      IT IS SO ORDERED.

20

21 DATED:  __April 29, 2024__

    _____
22   HONORABLE ALEX G. TSE
     United States Magistrate Judge

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 3: 23-MJ-70840-MAG                                                          v.
7/10/2018