ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-7234
    chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-MJ-70840 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM JULY 30, 2024 TO SEPTEMBER 10, 2024 AND EXCLUDE TIME |
| v. | |
| ADRIAN WEBB, | |
| Defendant. | |

      It is hereby stipulated by and between counsel for the United States and counsel for the defendant Adrian Webb that the preliminary hearing currently scheduled on July 30, 2024 be continued to September 10, 2024 at 10:30 a.m., and that time be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 between those two dates.

      The parties are engaged in ongoing discussions regarding the case, and require additional time to complete those discussions. The parties anticipate that the continuance and exclusion of time will facilitate their discussions and avoid consumption of the parties' and Court's resources for a preliminary hearing in this matter. For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for preliminary hearing, and the date under the Speedy Trial Act by which

defendants must be charged by indictment or information, the parties agree that the time period between July 30, 2024, through September 10, 2024, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv). The delay results from a continuance granted by the Court on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which an information or indictment must be filed. The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 25, 2024            /s/
                                CHRIS KALTSAS
                                Assistant United States Attorney

DATED: July 25, 2024            /s/
                                ED SWANSON
                                Counsel for Defendant Adrian Webb

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds good cause to continue the preliminary hearing set for July 30, 2024 to September 10, 2024 and exclude that time from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. The Court further finds that not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from July 30, 2024 to September 10, 2024 from computation under Federal Rule of Criminal Procedure 5.1, and that the ends of justice served for excluding the time between those dates from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS ORDERED that the time between July 30, 2024 to September 10, 2024 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.

DATED: July 25, 2024

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge