1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )  NO. CR 3:23-MJ-70840 MAG
                                         )
14          Plaintiff,                   )  STIPULATION TO CONTINUE PRELIMINARY
                                         )  HEARING DATE AND EXCLUDE TIME AND
15      v.                               )  [PROPOSED] ORDER
                                         )
16                                       )
    ADRIAN WEBB,                         )
17                                       )
            Defendant.                   )
18                                       )
                                         )
19  _____ )

20

21        The United States, by and through its counsel Assistant United States Attorney Jonathan Lee,

22  and defendant Adrian Webb, by and through his counsel Ed Swanson, hereby stipulate that the

23  preliminary hearing in this matter currently set for Wednesday, January 8, 2025 be continued to

24  Monday, January 13, 2025 at 10:30 a.m.

25        The parties are engaged in ongoing discussions regarding the case and require additional time to

26  complete those discussions, including regarding whether indictment is necessary.

27        For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure

28  for preliminary hearing and the date under the Speedy Trial Act by which defendants must be charged

by indictment or information, the parties agree that the time period of January 8, 2025 through January 13, 2025 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv). The parties stipulate that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.


DATED: January 7, 2025                                     /s/
                                                    _____
                                                    JONATHAN U. LEE
                                                    Assistant United States Attorney


DATED: January 7, 2025                                     /s/
                                                    _____
                                                    ED SWANSON
                                                    Swanson & McNamara LLP
                                                    Counsel for Adrian Webb

**[PROPOSED] ORDER**

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The hearing for preliminary hearing or an arraignment on an information in this matter is continued to 10:30 a.m. on January 13, 2025. The time from January 8, 2025 through January 13, 2025, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.


DATED: _____                    _____
                                                  HONORABLE PETER H. KANG
                                                  United States Magistrate Judge